FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUN 18 PM 2: 12

CLERK J Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CHANTZ A. COOPER,                     )
                                      )
                Plaintiff,            )
                                      )
        v.                            )    CV 318-020
                                      )
ANTHONY CALDWELL, Warden, and         )
FOSTER LESTER, Chaplain,              )
                                      )
                Defendants.           )
                                  _____

**O R D E R**
                                  _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE