# United States District Court
## Southern District of Georgia

CHANTZ A. COOPER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-020

ANTHONY CALDWELL, Warden, and
FOSTER LESTER, Chaplain,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 18, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed without prejudice. This civil action stands closed.



06/18/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
(By) Deputy Clerk